257 F.2d 815
 Charles R. MYERS et al., Appellants,
v.
HAWKEYE-SECURITY INSURANCE COMPANY, a corporation.
 No. 16030.
 United States Court of Appeals Eighth Circuit.
 Aug. 13, 1958.
 
 Wherritt & Turpin, Liberty, Mo., Sebree, Shook, Hardy & Ottman and Julian M. Levitt, Kansas City, Mo., for appellants.
 Sprinkle, Carter, Sprinkle & Larson, Kansas City, Mo., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed at costs of appellants, on application of all parties for dismissal of appeal.